## WALKER *v.* CALIFORNIA.

No. 1392, Misc.  Decided May 20, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

## RUBECK *v.* NEW YORK.

No. 1536, Misc.  Decided May 20, 1968.

*Bruce K. Carpenter* for appellant.
*Michael F. Dillon* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.